LAW OFFICE
# KLEINMAN LLC
626 REXCORP PLAZA
UNIONDALE, NEW YORK 11556-0626

ABRAHAM KLEINMAN
ATTORNEY AT LAW

TELEPHONE
(516) 522-2621

FACSIMILE
(888) 522-1692

May 23, 2008

**VIA FACSIMILE ONLY TO
(914) 390-4179**
Hon. Stephen C. Robinson
US District Court
Southern District of New York
300 Quarropas Street
White Plains, New York

**MEMO ENDORSED**

Re: <u>Mark Jobson v. Bronson & Migliaccio, LLP</u>, Case No. 08 cv 3514 (SCR)

Dear Judge Robinson:

I represent the Plaintiff.

The parties were directed to submit a Scheduling Order to the Court by May 23, 2008.

Defendant has not yet Answered.

Plaintiff respectfully requests that an Extension of Time be granted to submit a Scheduling Order in view of the fact that Defendant has neither answered or have an attorney Appear as of this date.

Respectfully submitted,

*Abraham Kleinman*

*Time to submit a scheduling order is extended to 7/30/08.*

**APPLICATION GRANTED**

*Stephen C Robinson*

HON. STEPHEN C. ROBINSION
6/2/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: